**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2091**

MOOG, INCORPORATED,

                Plaintiff - Appellee,

        v.

STEPAN V. LUNIN,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:06-cv-00238-RBS)

Submitted:  June 25, 2008              Decided:  July 25, 2008

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stepan V. Lunin, Appellant Pro Se.  Kevin M. Kearney, HODGSON, RUSS, ANDREWS, WOODS & GOODYEAR, Buffalo, New York; Robert W. McFarland, MCGUIREWOODS, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stepan V. Lunin appeals the district court's order granting Moog, Inc.'s ("Moog") motion for summary judgment and converting the preliminary injunction previously entered against Lunin into a permanent injunction. We have thoroughly reviewed the record and find the district court did not err in granting Moog summary judgment, or abuse its discretion in ordering the permanent injunction. Accordingly, we affirm for the reasons stated by the district court. See Moog, Inc. v. Lunin, No. 2:06-cv-00238-RBS (E.D. Va. Oct. 2, 2007).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED